1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

11

12

13   MICHAEL WRIGHT,                ) ED CV 08-01304-SH
                                    )
14                 Plaintiff,       ) JUDGMENT
          v.                        )
15                                  )
     MICHAEL J. ASTRUE,             )
16   Commissioner of Social Security )
     Administration,                )
17                                  )
                   Defendant.       )
18   _____ )

19        IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision

20   of the Commissioner is reversed and remanded.

21   DATED: ___August 13, 2009_____

22

23                              / s /

24                    _____
                         STEPHEN J. HILLMAN
                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28